
ATTORNEYS AT LAW

1878 Marlton Pike East
Society Hill Office Park, Suite 10
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

June 26, 2013

**VIA ECF**
The Honorable Noel L. Hillman, USDJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

*RE: Bowe v. Enviro Pro Basement Systems, et al., 12-cv-2099*

Dear Judge Hillman:

I represent Plaintiff in the above referenced civil matter, filed as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b).

On March 11, 2013, Plaintiff filed his motion to conditionally certify this matter as a collective action under the FLSA. Defendants' response was originally due April 1, 2013. However, Plaintiff agreed to extend the time for Defendants to respond, and this Court entered an Order extending such time, as agreed by counsel, making the motion returnable on May 6, 2013. Accordingly, Defendants' opposition was due more than two months ago, on April 22, 2013. Defendants have not filed an opposition.

Because this is an FLSA matter with absent plaintiffs who have not yet received notice of this lawsuit, a delay in providing court-authorized notice prejudices plaintiffs to the benefit of Defendants. Hence, Plaintiff respectfully requests that this Court consider the motion as unopposed.

Plaintiff thanks the Court for its consideration to this request.

Respectfully Submitted,

*/s Justin L. Swidler*
Justin L. Swidler, Esq.
**SWARTZ SWIDLER, LLC**
1878 Marlton Pike East, Ste. 10
Cherry Hill, NJ 08003

cc: James Carter (via ECF)